

## COURT OF APPEALS
## EIGHTH DISTRICT OF TEXAS
## EL PASO, TEXAS

| | | |
|---|---|---|
| TRACI COLLINS, | § | No. 08-20-00041-CV |
| Appellant, | § | Appeal from the |
| v. | § | 53rd District Court |
| LENA LAXTON, | § | of Travis County, Texas |
| Appellee. | § | (TC# D-1-FM-15-006800) |
| | § | |

## **J U D G M E N T**

The Court has considered this cause on the Appellant's motion to dismiss the appeal and concludes the motion should be granted and the appeal should be dismissed.  We therefore dismiss the appeal.  We further order costs are assessed against the Appellant.  *See* TEX.R.APP.P. 42.1(d). This decision shall be certified below for observance.

IT IS SO ORDERED THIS 8TH DAY OF APRIL, 2020.

YVONNE T. RODRIGUEZ, Justice

Before Alley, C.J., Rodriguez, and Palafox, JJ.